Re: ESTATE OF Charles F. MADDI, Deceased

Petition of: Mary Sue Goreschak and Charlette Maddi

No. 575 MAL 2017

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW**, this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.